# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cox, Susan E. | US District Court | 08/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge -Full time | ☐ Nomination   Date ☐ Initial   ✔ Annual   ☐ Final  5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

219 South Dearborn Ave.
Room 1334
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Custodial Account #1 |
| 2. Custodian | Custodial Account #2 |
| 3. Director | Helping Hand Rehabilitation Center |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Baxter International - Salary & Bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | First National Bank of LaGrange Accounts | A | Interest | K | T | | | | | |
| 2. | Fifth Third Bank Account | A | Interest | J | T | | | | | |
| 3. | Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 4. | US Employees Credit Union Account | A | Interest | J | T | | | | | |
| 5. | Baxter International - Exercisable Stock Options | | None | N | T | | | | | |
| 6. | Baxter International - Unvested Stock Options | | None | M | T | | | | | |
| 7. | Baxter Int'l Common | B | Dividend | M | T | Sold (part) | 09/30/13 | J | A | |
| 8. | Edward Lifesciences Common | | None | J | T | | | | | |
| 9. | Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 10. | BAXTER INT'L 401K PLAN | | | | | | | | | |
| 11. | Stable Income Fund | B | Dividend | L | T | | | | | |
| 12. | Composite Fund | E | Dividend | M | T | | | | | |
| 13. | S&P 500 Equity Index Fund | E | Dividend | L | T | | | | | |
| 14. | General Equity Fund | D | Dividend | K | T | | | | | |
| 15. | International EAFE Equity Index Fund | D | Dividend | L | T | | | | | |
| 16. | Small Cap Fund | D | Dividend | L | T | | | | | |
| 17. | Baxter Int'l Common | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 19.  Aflac Inc. | A | Dividend | K | T | Buy | 01/02/13 | J | | |
| 20.  Annaly Capital Mgt. Unit Trust | B | Dividend | | | Sold (part) | 06/26/13 | J | A | |
| 21. | | | | | Sold | 12/24/13 | J | A | |
| 22.  Apache Corp | A | Dividend | J | T | Buy | 12/24/13 | J | | |
| 23.  Berkshire Hathaway Inc Cl B | | None | J | T | Buy | 12/24/13 | J | | |
| 24.  Chemtrade Logistics | A | Dividend | J | T | | | | | |
| 25.  CSX Corp | A | Dividend | K | T | Buy | 01/02/13 | K | | |
| 26.  China Mobile Limited | A | Dividend | J | T | Buy | 12/24/13 | J | | |
| 27.  EBAY Common | | None | J | T | | | | | |
| 28.  Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 29.  Fidelity Floating Rate High Income | A | Int./Div. | J | T | Buy | 12/24/13 | J | | |
| 30.  Fidelity High Income | A | Dividend | | | Sold | 06/26/13 | J | A | |
| 31.  Fidelity Investment Grade Bond Fund | A | Int./Div. | J | T | Sold (part) | 01/02/13 | K | A | |
| 32.  Fidelity New Markets Income | A | Int./Div. | | | Sold | 12/24/13 | J | A | |
| 33.  Fidelity Select Natural Gas | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 34.  Fidelity Short Term Bond Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Harbor Bond Institutional Fund | A | Int./Div. | | | Sold | 12/24/13 | J | A | |
| 36. Las Vegas Sands Corp | A | Dividend | K | T | Buy | 06/28/13 | J | | |
| 37. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 38. Matthews China Fund | B | Dividend | K | T | Buy | 01/02/13 | J | | |
| 39. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 40. McDonalds Corp | A | Dividend | J | T | | | | | |
| 41. Nestle | A | Dividend | J | T | Buy | 12/24/13 | J | | |
| 42. Northern Property Trust | A | Dividend | J | T | | | | | |
| 43. Oakmark International | A | Dividend | K | T | Buy | 06/28/13 | K | | |
| 44. Pembina Pipeline | A | Dividend | J | T | | | | | |
| 45. PIMCO Investment Grade Corp Bond Fund | B | Int./Div. | | | Sold (part) | 06/26/13 | J | A | |
| 46. | | | | | Sold | 12/24/13 | J | A | |
| 47. SPDR Financial Sector ETF | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 48. SPDR Gold Trust Shares | | None | | | Sold | 01/02/13 | J | B | |
| 49. Templeton Global Bond Fund | A | Int./Div. | J | T | Sold (part) | 12/24/13 | J | A | |
| 50. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 51. Abbvie Inc | A | Dividend | | | Sold | 06/26/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 53. Annaly Capital Management | A | Dividend | | | Sold | 12/24/13 | J | A | |
| 54. Apple Inc. Common | A | Dividend | J | T | | | | | |
| 55. Baidu Inc | | None | K | T | Buy | 06/28/13 | J | | |
| 56. Baxter Int'l Common | A | Dividend | J | T | | | | | |
| 57. Canadian Imperial Bank of Commerce | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 58. Direxion 20+ Year Treasury Bear | | None | J | T | Buy | 12/24/13 | J | | |
| 59. Energy Transfer Partners | A | Dividend | K | T | | | | | |
| 60. Express Scripts | | None | J | T | Buy | 12/24/13 | J | | |
| 61. Fidelity Floating Rate High Income | A | Int./Div. | J | T | Buy | 12/24/13 | J | | |
| 62. Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |
| 63. Fidelity High Income | A | Int./Div. | J | T | Sold (part) | 10/16/13 | J | A | |
| 64. Fidelity Investment Grade Bond Fund | A | Int./Div. | | | Sold | 01/02/13 | J | A | |
| 65. IBM Common | A | Dividend | K | T | | | | | |
| 66. JPMorgan Chase | A | Dividend | J | T | | | | | |
| 67. Kohlberg Kravis Roberts | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 68. Magellan Midstream Partners | A | Dividend | K | T | Buy | 01/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Matthews China Fund | B | Dividend | K | T | Buy | 01/02/13 | K | | |
| 70. Medical Properties Trust | B | Dividend | K | T | Buy | 01/02/13 | K | | |
| 71. Petro China | A | Dividend | K | T | Buy | 01/02/13 | K | | |
| 72. Pioneer High Yield Bond | A | Interest | J | T | Buy | 12/24/13 | K | | |
| 73. Powershares ETF Int'l Dividend | A | Dividend | J | T | | | | | |
| 74. Powershares Nat'l Muni Bond Fund | B | Int./Div. | | | Sold | 12/24/13 | K | A | |
| 75. SPDR Gold Trust | | None | | | Sold | 01/02/13 | J | A | |
| 76. Vanguard Emerging Markets | A | Dividend | J | T | Buy | 01/02/13 | K | | |
| 77. | | | | | Sold (part) | 12/24/13 | J | A | |
| 78. Vanguard Natural Resources | A | Dividend | | | Buy | 01/02/13 | K | | |
| 79. | | | | | Sold | 06/26/13 | K | B | |
| 80. Vanguard Short-Term Bond ETF | A | Int./Div. | | | Sold | 06/26/13 | J | A | |
| 81. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 82. Apple Common | A | Dividend | J | T | | | | | |
| 83. Direxion 20+ Year Treasury Bear | | None | J | T | Buy | 12/24/13 | J | | |
| 84. Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 85. Fidelity Floating Rate High Income | A | Int./Div. | J | T | Buy | 12/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Fidelity High Income | A | Int./Div. | J | T | | | | | |
| 87. Fidelity Investment Grade Bond Fund | A | Int./Div. | | | Sold | 01/02/13 | J | A | |
| 88. Fidelity New Markets Income | A | Int./Div. | J | T | Sold (part) | 01/02/13 | J | B | |
| 89. | | | | | Sold (part) | 12/24/13 | J | A | |
| 90. Fidelity Select Natural Gas | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 91. Ishares S&P US Preferred Stock Index | A | Dividend | | | Buy | 12/24/13 | K | | |
| 92. | | | | | Sold | 12/24/13 | K | A | |
| 93. Paychex Inc | A | Dividend | | | Sold | 12/24/13 | J | B | |
| 94. Pimco Invest Grade Corp Bond Fund | A | Int./Div. | | | Sold | 12/24/13 | J | A | |
| 95. Pioneer High Yield Bond | A | Interest | J | T | Buy | 12/24/13 | J | | |
| 96. S&P Midcap 400 | A | Dividend | J | T | Buy | 12/24/13 | J | | |
| 97. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 98. Apple Common | A | Dividend | J | T | | | | | |
| 99. Direxion 20+ Year Treasury Bear | | None | J | T | Buy | 12/24/13 | J | | |
| 100. Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 101. Fidelity High Income Fund | A | Int./Div. | K | T | Buy (add'l) | 12/24/13 | J | | |
| 102. Fidelity Investment Grade Bond Fund | A | Int./Div. | | | Sold | 01/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fidelity New Markets Income | A | Int./Div. | J | T | Sold (part) | 01/02/13 | J | A | |
| 104. | | | | | Sold (part) | 12/24/13 | J | A | |
| 105. Fidelity Select Natural Gas | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 106. Ishares S&P US Preferred Stock Index | A | Dividend | | | Buy | 01/02/13 | K | | |
| 107. | | | | | Sold | 12/24/13 | K | A | |
| 108. Paychex Inc | A | Dividend | | | Sold | 12/24/13 | J | B | |
| 109. S&P Midcap 400 | A | Dividend | J | T | Buy | 12/24/13 | J | | |
| 110. Vanguard Short Term Bond ETF | A | Int./Div. | | | Sold | 06/26/13 | J | A | |
| 111. CUSTODIAL ACCOUNT #1 | | | | | | | | | |
| 112. First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 113. CUSTODIAL ACCOUNT #2 | | | | | | | | | |
| 114. First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 115. IL Bright Directions 529 Plan #1 - Fund 80A | B | Int./Div. | L | T | | | | | |
| 116. IL Bright Directions 529 Plan #2 - Fund 60A | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan E. Cox**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544